IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Civil Action No. 07-cv-00910-RPM

INGA PHILLIP and JOSEPH GIRA,

        Plaintiffs,

v.

S. WEST STATE BANK a/k/a SOUTHWEST
STATE BANK; BEVERLY ANNE MOSKO;
MARTIN J. MOSKO; STEPHEN LEE MOSKO;
U.S. DEPARTMENT OF TREASURY -
INTERNAL REVENUE SERVICE;
PUBLIC TRUSTEE OF THE CITY AND
COUNTY OF DENVER; and all unknown
persons who claim any interest in the subject
matter of this action,

        Defendants.

## ORDER DISMISSING THE UNITED STATES OF AMERICA FROM THIS ACTION, WITH PREJUDICE

Pending before the Court is the Joint Motion to Dismiss the United States of America. Having considered the motion, and for good cause shown, it is hereby,

ORDERED, that the United States of America (incorrectly named as the U.S. Department of Treasury -- Internal Revenue Service), is hereby dismissed from this action, with prejudice.

Dated:   July 6th, 2007

                                    s/Richard P. Matsch

                                    United States District Court Judge