IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Civil Action No. 07-cv-00910-RPM

INGA PHILLIP and JOSEPH GIRA,

       Plaintiffs,

v.

S. WEST STATE BANK a/k/a SOUTHWEST
STATE BANK; BEVERLY ANNE MOSKO;
MARTIN J. MOSKO; STEPHEN LEE MOSKO;
PUBLIC TRUSTEE OF THE CITY AND
COUNTY OF DENVER; and all unknown
persons who claim any interest in the subject
matter of this action,

       Defendants.
_____

## ORDER FOR REMAND
_____

       This civil action was removed to this court from the District Court, City and County of Denver, Colorado, by Notice of Removal filed by the United States, sued as the U. S. Department of Treasury–Internal Revenue Service.  On July 5, 2007, the plaintiffs and the United States filed a joint motion to dismiss the United States of America with prejudice and the Court has entered that order.  There now being no basis for subject matter jurisdiction of this action, it is

       ORDERED that this civil action is remanded to the District Court, City and County of Denver, Colorado.

       Dated:   July 6th, 2007

                                                 s/Richard P. Matsch
                                           _____
                                           United States District Court Judge